MISC.

honorable

Abel A Costa
Clerk

9/29/015
RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

Se le saluda Nuevamente

le Pido Permiso Para que me Resiva esta. Carta
y dispensandome Por el Tiempo. que. va.
A. leer. este. mensaje

Resivi su correo la Fecha 9/28/015. la Peticion que
le Presente Por extencion usted me la Rechaso
No Presentando. el motivo. Recuerde usted me
exijio. que le enviara las mociones Presentadas
se iso Comforme a la ley. escaniando herror Por.
herror. Constitucional. y anexando la investigacion
Forense. 4 R. R. aT 58. 59. Dr HONNY. s. R R aT 43-44.
Dr Isaac Testifica 4 R R aT 98 99. 4 R R aT 98
la doctora Testifica el hymen still intact
esta Comfirmacion. indica que No existe una
biolacion. No Penetracion. esto Refiere adentro
que esta intacto. que No asido Ni Tocado. con
esta Comfirmacion de la doctora Isaac. Pierde
firmesa la acusacion. el Testimonio de Claudia
Farfan. es conducido. Por su Propia madre Luz
farfan. el objetivo. es ponerme. en Pricion

9/29/015

doy por Testimonio

que estado Constante. en Comunicacion con la doctora Carolyn Kuthler Chief disease Control medical Epidemiology DCME

Harris County

me envio unos documentos medicos. de la misma Corporacion. labCorP. alli indica Negativo a toda INFeccion venerid. Cronica. Trasmitida sexual ellos mismos an hecho el Cambio. Relacionado al HSV1-HSV2. se encuentran mas 19. documentos de Istorial medico. NO EXiste Comfirmacion a lo Relacionado al supuesto viros HSV1-HSV2 NO EXiste Evidencia de medicamento-o-Tratamiento. asignado Por los medicos Jenerales deJeme decirle las enfermedades no esperan dia Para manifestarse. Yo NO he Tenido efectos a lo Relacionado NO Primarios NO seGundarios honorable abel acosta

usted se Reusa a llevar esto a un Nuevo Juicio Jostó. Por que usted sebe que Tengo como.Comprovar Para llegar un acuerdo. que Tanta Evidencia Tiene en Contra mi Personalidad. Yo si TenGo Comprovantes medicas. Para PresenTarlos a un Jurado.

9/29/015

doy por Testimonio

que barias Corporaciones de Tpc Jail me an hecho
los dianosticos. en Repetidas ocaciones y Todas
an salido Negativos a Toda enfermedad beneria
Cronica similar al Tos de Claudia Farfan ella
lo extrajo de la Construccion. Confirmado Por su
Propia madre. Luz del Carmen Farfan. que no
quiere aserse Responsable. dejeme decirle Yo Tengo
2 hijas mas si Yo Fuese un depravado ellas estuvieran
en Peligro. Yo No Tengo esos desequilibrios mentales
Para aser actos morvosos. Jamas he Tocado a mi
Propia hija. eso es un acTo mosTroso. Yo Repudio
o avoresco esa asTividad. deTenerada. No soy
enfermo sexual. soy diferente Todo aquel
individuo que esTa Por esTa causa

honorable Abel ACosTa
espero su ComPrecion
muchas Grasias. Por Resivir
mi mensaje

dios vendiga a usTed
Por siemPre

USA
FOREVER

Alan Omar Rodriguez
TDC 1928606 #c1s2-11-T
A.M. STRINGFELLOW UNIT
1200 FM 655
ROSHARON, TEXAS 77583

NORTH HOUSTON TX 77315

27 OCT 2015 PM 7 L

P.O. Box 12308 Capitol Station

Austin Texas 78711

Abel Acosta or

Clerk

Legal mail

78711230808